UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LATASHA SMITH                                                                    PLAINTIFF

VS.                                     CIVIL ACTION NO.: 3:23-CV-276-TSL-RPM

SEAN TINDELL, IN HIS INDIVIDUAL
CAPACITY AND IN HIS OFFICIAL CAPACITY
AS COMMISSIONER OF THE MISSISSIPPI
DEPARTMENT OF PUBLIC SAFETY;
BO LUCKEY, IN HIS INDIVIDUAL CAPACITY
AND IN HIS OFFICIAL CAPACITY AS
CHIEF OF THE MISSISSIPPI CAPITOL
POLICE; AND JOHN DOES 1-15                                                      DEFENDANTS

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 12th day of July, 2023.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

1